**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**EARL LEE DOREY,**

      **Plaintiff,**

**v.**                                                       **Case No. 5:22-cv-657-WFJ-PRL**

**HANS HARTMANN, et al.,**

      **Defendants.**

_____/

**ORDER**

This matter comes before the Court on Plaintiff Earl Lee Dorey's motion to compel "certain evidence that has not been produced by Defendants." (Doc. 49). Mr. Dorey's motion is denied for two reasons. First, Mr. Dorey's motion is untimely as discovery closed ten months ago, Defendants' motion for summary judgment—to which Mr. Dorey responded twice—is currently pending, and the Court already denied Mr. Dorey's request to reopen discovery. (*See* Docs. 32, 37, 42, 46, 48). Second, Mr. Dorey provides no indication that he requested these documents from Defendants before seeking Court intervention as the Federal Rules of Civil Procedure require. *See* Federal Rule of Civil Procedure 37(a).

Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's motion to compel (Doc. 49) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida on January 22, 2025.

1

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of Record
Pro Se Party